# In the United States Court of Federal Claims

No. 10-248C ADR PILOT
(Filed: May 14, 2010)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
PAUL RAFFAELE,

                *Plaintiff*,

v.

UNITED STATES,

                *Defendant*.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ADR ORDER

     This case was assigned to my docket pursuant to the ADR Pilot Program. Counsel are hereby notified that I am available to discuss a means for resolving this action. Should the parties wish to pursue alternative dispute resolution, they are directed to contact chambers at 202-357-6524. Otherwise, initiation of ADR proceedings is deferred.

                                      s/Eric G. Bruggink
                                      ERIC G. BRUGGINK
                                      as ADR Judge