# In the United States Court of Federal Claims

Case No. 10-248C
(Filed:   September 16, 2010)

```
*****************************************************
PAUL RAFFAELE,                                      *
         Plaintiff,                                 *
                                                    *
     v.                                             *
                                                    *
THE UNITED STATES OF AMERICA,                       *
         Defendant.                                 *
                                                    *
*****************************************************
```

## ORDER

The Court intends to schedule a telephonic preliminary status conference in this case during the month of November 2010.  Accordingly, it is ORDERED that the parties agree upon at least three dates during this time period.  The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than October 1, 2010.**  Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

In accord with the Special Procedures Order filed in this case on May 6, 2010, **no dispositive motion may be filed before the Preliminary Status Conference is conducted.**

**IT IS SO ORDERED.**

   s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge