# In the United States Court of Federal Claims

Case No. 10-248C
(Filed:   September 21, 2010)

```
*****************************************************
PAUL RAFFAELE,                                      *
            Plaintiff,                              *
                                                    *
      v.                                            *
                                                    *
THE UNITED STATES OF AMERICA,                       *
            Defendant.                              *
                                                    *
*****************************************************
```

## ORDER

This Order confirms the **telephonic Preliminary Status Conference** is scheduled for **2:00 p.m.**, on Tuesday**, November 30, 2010.**  The Defendant shall initiate the conference call with the Plaintiff, before calling the Judge at (202) 357-6504.

**No formal motions may be filed before the Preliminary Status Conference is conducted.**

IT IS SO ORDERED.

 s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge