# In the United States Court of Federal Claims

Case No. 10-248C
(Filed:   November 30, 2010)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PAUL RAFFAELE, | \* |
| *Plaintiff,* | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES OF AMERICA, | \* |
| *Defendant.* | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court held a telephonic Preliminary Status Conference in this matter on November 30, 2010.  The parties agreed that they will **complete discovery by March 30, 2011.**  The parties shall file a **Joint Status Report on February 28, 2011**, updating the Court on the status of discovery.  The parties shall also file a Joint Status Report **on April 29, 2011**, proposing further action.

**IT IS SO ORDERED.**

 s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge