**In The United States Court of Federal Claims**

| | |
|---|---|
| **Paul Raffaele**          )<br>        Plaintiff,          )<br>                    vs.          )<br> **The United States et al**   )<br>        Defendants          )<br>                              ) | Case No.  10-248C<br>Judge Lawrence M. Baskir |

## Notice of Dismissal Without Prejudice

No answer or summary judgment motion having been served, Plaintiff, Paul Raffaele, by counsel and pursuant to U.S. Court of Federal Claims Rule 41 (a)(1), hereby voluntarily dismisses the above-captioned matter <u>without</u> prejudice.

Dated:  1 February 2011      Signed:     s/Michael Trevelline
                                          Michael J. Trevelline, DC Bar # 437454
                             Address:     1823 Jefferson Place, NW
                                          Washington, DC 20036-2504
                             Telephone:   (202) 737-1139/Fax:  (202) 775-1118
                             Email:       mjt@mjtlegal.com

Attorney for **Plaintiff Paul Raffaele**

### Certificate of Filing

I hereby certify that on this **1st** day of **February 2011.** a copy of the foregoing was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

~~Since this motion with supporting memorandum and exhibits is over 50 pages, a copy is being mailed to chambers as well.~~

                                                                          <u>  s/Michael Trevelline        </u>