# In the United States Court of Federal Claims

Case No. 10-248C
(Filed: February 3, 2011)

```
******************************************************
PAUL RAFFAELE,                                       *
            Plaintiff,                               *
                                                     *
      v.                                             *
                                                     *
THE UNITED STATES OF AMERICA,                        *
            Defendant.                               *
                                                     *
******************************************************
```

## ORDER

Pursuant to the Plaintiff's **Notice of Dismissal Without Prejudice** filed February 1, 2011, and this Court's Rule 41(a)(1), the Clerk is directed to **dismiss the Complaint without prejudice**. Parties are to bear their own costs.

**IT IS SO ORDERED.**

<u>s/ Lawrence M. Baskir</u>
LAWRENCE M. BASKIR
Judge